**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                         Case No. 10-34168-BKC-RAM

TATANA CAMPBELL                                              Chapter 7

      Debtor.
_____/

**SONEET KAPILA, FORMER TRUSTEE'S *EX-PARTE* MOTION TO REOPEN CASE, FOR ORDER DIRECTING THE UNITED STATES TRUSTEE'S OFFICE TO APPOINT A CHAPTER 7 TRUSTEE TO ADMINISTER ADDITIONAL ASSETS AND DEFER FILING FEE**

    Soneet Kapila, former trustee (the "Former Trustee"), pursuant to Fed. R. Bankr. P. 5010 and Local Rule 5010-1(C), requests that the Court enter an order re-opening the above-captioned bankruptcy case, directing the United States Trustee to appoint a Chapter 7 trustee in order to administer additional assets in the re-opened case, and to defer the filing fee, and states:

    1.    This motion is being filed pursuant to 11 U.S.C. § 350(b) and Local Rule 5010-1(A).

    2.    Tatana Campbell (the "Debtor") filed a Chapter 7 Voluntary Petition on August 17, 2010 [ECF #1] (the "Petition Dade").

    3.    Soneet Kapila was previously appointed trustee of this estate and after conducting the § 341 Meeting of Creditors, filed a Report of No Distribution [ECF # 11].

    4.    The case was closed by the court on December 2, 2010.

    5.    The Former Trustee was recently contacted by the Deepwater Horizon Claims Center, regarding an economic damages claim filed by the Debtor against the Deepwater Horizon Claims Center (the "Claims Center") for damages that arose as of the BP oil spill on April 20, 2010 (the "BP Claim").

    6.    Based on the BP claim, the Claims Center approved a settlement of $18,575.85.

    7.    The potential claim was not listed on the Debtor's bankruptcy petition and schedules and therefore was never abandoned.

8. The Debtor's interest in the BP Claim is property of the bankruptcy estate, pursuant to 11 U.S.C. § 541, since it arose prior to the Petition Date.

9. Former Trustee would request that the Court re-open the Bankruptcy Estate so that the United States Trustee can appoint a Chapter 7 trustee to administer the undisclosed asset.

10. Pursuant to Local Rule 5010-1(C), a Chapter 7 trustee may file a motion to reopen a bankruptcy case to administer additional assets. The BP Claim constitutes an additional asset that a trustee would be entitled to administer.

11. Furthermore, pursuant to Local Rule 5010-1(C), Former Trustee requests a deferral of the filing fee associated with a motion to reopen a bankruptcy case, pending the recovery of assets. Former Trustee would suggest that the filing fee be paid from any assets recovered by the Chapter 7 trustee appointed by the United States Trustee.

12. The Former Trustee further requests that the Court direct the United States Trustee to appoint a Chapter 7 trustee in the re-opened case

WHEREFORE, the Soneet Kapila, former trustee, respectfully requests the Court enter an order re-opening this bankruptcy case, directing the United States Trustee to appoint a Chapter 7 trustee in the re-opened case, deferring the filing fee, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by CM/ECF or regular mail to the U. S. Trustee, the Debtor, and Humberto L. Rodriguez, Esq. this 19th day of August 2017.

BY:   */s/Soneet R. Kapila*
Soneet R. Kapila
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Email: trustee@kapilaco.com